In the Matter of MICHAEL DOYLE, Petitioner, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent. [929 NYS2d 506]—

Petitioner commenced this CPLR article 78 proceeding challenging a determination rendered after a tier III disciplinary hearing. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. Given that petitioner has been granted all the relief to which he is entitled, the petition is dismissed as moot (*see Matter of Murphy v Boucaud*, 78 AD3d 1417 [2010]; *Matter of Avincola v Fischer*, 74 AD3d 1672 [2010], *lv denied* 15 NY3d 711 [2010]).

Peters, J.P., Lahtinen, Kavanagh, Stein and Garry, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.